Tennessee denied. *Grover N. McCormick* for petitioner. *Nat Tipton* for respondent.

No. 1242. STOKEY *v.* NEW YORK. May 12, 1947. Petition for writ of certiorari to the Court of General Sessions, New York County, New York, denied.

No. 1250. CASE *v.* THE GOVERNMENT ET AL. May 12, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. Petitioner *pro se. Acting Solicitor General Washington* for respondents.

No. 1288. STAHL *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois;

No. 1289. STAHL *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Carroll County, Illinois;

No. 1290. STAHL *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois;

No. 1291. OSBORN *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of LaSalle County, Illinois; and

No. 1292. ROSS *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois. May 12, 1947. Denied.

No. 1301. WEISBERG *v.* ILLINOIS. May 12, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied. MR. JUSTICE MURPHY is of the opinion that the petition for certiorari should be granted. *Wm. Scott Stewart* for petitioner.